Matthew L. Schwartz
Kass Shuler, PA.
1505 N. Florida Ave
Tampa, FL 33602
Tel: 813-405-2790
Florida Bar No.: 15713
Pro Hac Vice Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHASE CHAMBERLIN,

          Plaintiff,

vs.

PAYOFF, INC.

          Defendant

Case No.: 20cv-1807-LAB (WVG)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

     Plaintiff, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that the above-styled action is voluntarily dismissed, with prejudice, against Defendant, Payoff, Inc.

20CV-1807

Dated this 25th day of March, 2021.

**/s/Matthew L. Schwartz**
Matthew L. Schwartz
Florida Bar No.: 15713
Kass Shuler, PA.
1505 N. Florida Ave
Tampa, FL 33602
Tel: 813-405-2790
*Pro Hac Vice Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 25, 2021 the foregoing notice was electronically filed with the Clerk of Court using the CM/ECF system.

/s/ Matthew L. Schwartz
Matthew L. Schwartz
Florida Bar No.: 15713

2                                                                  20CV-1807